# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAUL ANTHONY MIGNOTT ) | Case No. 21−32885−KRH |
| ) | Chapter 7 |
| Debtor ) | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

COMES NOW the Debtor, by counsel, and pursuant to 11 U.S.C. § 1307(b) and Bankruptcy Rules 1017 and 2002(f), state as follows:

1. The Debtor is currently in a Chapter 7 bankruptcy case.

2. The Debtor desires to voluntarily dismiss this Chapter 7 case.

3. This case has not previously been converted under any provision of the U.S. Bankruptcy Code.

WHEREFORE, the Debtor hereby respectfully requests that the court voluntarily dismiss this Chapter 7 bankruptcy case.

Respectfully submitted,

PAUL ANTHONY MIGNOTT

By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                         )
                                               )
PAUL ANTHONY MIGNOTT                           )      Case No. 21−32885−KRH
                                               )      Chapter 7
          Debtor                               )

## NOTICE OF MOTION

The above Debtor has filed papers with the Court to dismiss this Chapter 7 case.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within seven (7) days of the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing to be scheduled by the court.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: October 14, 2021

        PAUL ANTHONY MIGNOTT
        By Counsel

        /s/ James E. Kane
        James E. Kane (VSB# 30081)
        KANE & PAPA, P.C.
        P. O. Box 508
        Richmond, Virginia 23218-0508
        Telephone (804) 225-9500
        *Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

        /s/ James E. Kane
        Counsel for Debtor

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Bluegreen Corp
Attn: Bankruptcy
4960 Conference Way N Ste 100
Boca Raton, FL 33431

Brinks Home Security
Attn: Bankruptcy
Po Box 814530
Dallas, TX 75381

Bsi Financial Services
101 N 2nd St
Titusville, PA 16354

C&f Finance Company
Attn: Bankruptcy Department
Po Box 2129
Richmond, VA 23219

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

```
Capital One/Walmart
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capitalbk
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


CENLAR/Central Loan
Attn: Bankruptcy
Po Box 77404
Ewing, NJ 08628


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Citi/cbna
Citicorp Credit Services; Attn: Centrali
P.O. Box 790034
Kansas City, MO 64195


Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179


Colonial Savings & Loans
Attn Bankruptcy
Po Box 2988
Fort Worth, TX 76113


Comenity Bank/Kay Jewelers
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218
```

```
Comenity Capital/Gem
Attn: Bankruptcy
Po Box 18125
Columbus, OH 43218


Comenity Capital/Orbitz
Attn: Bankruptcy
Po Box 18125
Columbus, OH 43218


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201


Loancare, Cit Bank,
Attn: Consumer Solutions Dept
Po Box 8068
Virginia Beach, VA 23452


Loanpal, LLc
Attn: Bankruptcy
8781 Sierra College Blvd.
Roseville, CA 95661


Macys/fdsb
Attn: Bankruptcy
7 West Seventh Street
Cincinnati, OH 45202


Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236


Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261
```

```
Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119


Navy Federal Credit Union
Attn:  Bankruptcy
Po Box 3000
Merrifield, VA 22119


Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409


PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051


PrimeLending
Attn: Bankruptcy
18111 Preston Rd, Ste 900
Dallas, TX 75252


Primelending,a Plns Ca
Po Box 77404
Ewing, NJ 08628


Regional Acceptance Co
Attn: Bankruptcy
1424 E Firetower Rd
Greenville, SC 27858


Sterling Jewelers, Inc.
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309


Sun West Mortgage Company, Inc.
Attn: Bankrupcty
6131 Orangethorpe Avenue, Ste 500
Buena Park, CA 90620
```

```
Syncb/walmart
Po Box 965024
Orlando, FL 32896


Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896


Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896
```

```
Tidewater Finance Company
Attn: Bankruptcy
6520 Indian River Road
Virgina Beach, VA 23464


USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio, TX 78288


Virginia Credit Union
Attn: Bankruptcy
P.O. Box 90010
Richmond, VA 23225


Virginia Credit Union
Attn: Bankruptcy
Po Box 90010
Richmond, VA 23225


Wells Fargo Dealer Services
Po Box 71092
Charlotte, NC 28272
```